[No. 3860–2–III.  Division Three.  December 11, 1980.]

MICHAEL D. SCOTT, ET AL, *Respondents*, v. DONALD
F. LLOYD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-00370-5, Marcus M. Kelly, J., entered February 21, 1980. *Affirmed* by unpublished

opinion per Green, C.J., concurred in by Munson and McInturff, JJ.